IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NATALIE YAMMINE and WALLY YAMMINE, | § § § | |
| Plaintiffs, | § § | |
| V. | § § | No. 3:19-cv-138-K-BN |
| PNC BANK NATIONAL ASSOCIATION and SELECT PORTFOLIO SERVICING, INC., | § § § § § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court therefore DENIES Plaintiffs Natalie Yammine and Wally Yammine's motion to remand [Dkt. No. 12] and their related motion for a hearing [Dkt. No. 19] and GRANTS Defendants PNC Bank, N.A. and Select Portfolio Servicing, Inc.'s construed motion for judgment on the pleadings [Dkt. No. 6], DISMISSING all claims with prejudice except Ms. Yammine's claims for fraudulent misrepresentation and negligent misrepresentation.

Ms. Yammine is GRANTED LEAVE to replead only those claims through an amended complaint that must be filed within **14 days** of this order.

SO ORDERED.

Signed August 6th, 2019.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE